UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80216-CIV-RYSKAMP/VITUNAC

ABDELHALIM TADILI                          )
                                           )
        Plaintiff,                         )
                                           )
                                           )
    vs.                                    )
                                           )
                                           )
BRIAN FERBER, P.A. a Florida               )
corporation, and BRIAN FERBER,             )
individually,

                    Defendants

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Come Now the Defendants by and through their undersigned counsel and

file this their answer and affirmative defenses as follows:

1.      Without knowledge.

2.      Admitted.

3.      Admitted that plaintiff became employed by the defendant as a

master dental technician. The remainder of the paragraph is denied.

4.      Admitted that plaintiff was an employee of the defendant. The

remainder is denied as the plaintiff was exempt from the FLSA.

5.      Admitted

6.      Admitted.

7.      Denied.

8.      Admitted.

9.     Admitted gross revenues in excess of 500,000 dollars the remainder is denied.

10.    Denied.

11.    Admitted.

12.    In as much as this paragraph readopts the allegations of 1 through 11 then the answers are readopted

13.    Denied.

14.    In as much as this paragraph readopts the allegations of 1 through 11 then the answers are readopted

15.    Denied.

16.    Denied

17.    Without knowledge.

18.    The remainder of the complaint has been dismissed

## AFFIRMATIVE DEFENSES

1.    At al material times the Defendants acted in good faith.

2.    At all material times hereto the plaintiff has received his full salary.

3.    At all material times hereto, the Plaintiff is exempt from the Fair Labor Standards Act as he was a learned professional.

4.    At all material times hereto plaintiff was exempt from the Fair Labor Standards Act as he was a highly paid professional.

5.    Defendants reserve the right to amend their affirmative defenses as additional information become available.

6.      Defendant has retained the undersigned and is obligated to pay a

reasonable attorneys fee. Defendant seeks attorney's fees under

Florida Statues 448.08, which awards the prevailing party attorneys

fees in actions for wages by an employee.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6th, 2012 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to Brian Militzok, Esquire, Militzok & Levy, P.A., 3230 Stirling Road, Suite 1, Hollywood, FL 33021 via transmission of Electronic Filing generated by CM/ECF

**s/ Stuart M Silverman**
STUART M SILVERMAN P A
PO Box 812315
Boca Raton, Florida 33481-2315
Tel:  (561) 289-9319
Fax : (561) 283-0900
E-Mail:Smslawfirm@aol.com
FL. Bar No.: 717614
Attorneys for the Defendants